## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 06-343-TUC-FRZ (JM) |
| Plaintiff(s), ) | ORDER |
| vs. ) | |
| Jose Luis Lorta-Arvizu, ) | |
| Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence [#25].

On October 16, 2006, Magistrate Judge Jacqueline J. Marshall conducted a hearing and on November 2, 2006 issued her Report and Recommendation. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Evidence is DENIED.

DATED this 22nd day of November, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge