IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   ) | CR 06-343-TUC-FRZ (JM) |
| Plaintiff,   ) | **ORDER** |
| vs.   ) | |
| Jose Luis Lorta-Arvizu,   ) | |
| Defendant.   ) | |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Evidence (#25).

    On October 16, 2006, Magistrate Judge Jacqueline J. Marshall conducted a hearing and on November 2, 2006 issued her Report and Recommendation. On November 30, 2006, Defendant filed a timely Objection to the Magistrate Judge's Report and Recommendation. On December 14, 2006, the Government filed its Response to Defendant's Objections.

    The Court, having made a de novo review of the record herein, orders as follows:

    IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

*

1 | *

2 | IT IS ORDERED that the Motion to Suppress Evidence is DENIED.

6 | DATED this 21st day of December, 2006.

*[signature: Frank R. Zapata]*
FRANK R. ZAPATA
United States District Judge